UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM R. MAERLENDER, JR.,** ) | **CASE NO. 1:11CV2762** |
| ) | |
| Petitioner, ) | **JUDGE DAN AARON POLSTER** |
| ) | |
| vs. ) | **MEMORANDUM OF OPINION** |
| ) | **AND ORDER** |
| **KIMBERLY CLIPPER, Warden,** ) | |
| ) | |
| Respondent. ) | |

Before the Court is the Report and Recommendation of Magistrate Judge George J. Limbert ("R & R") (Doc. # 10). The R&R recommends Petitioner William R. Maerlender's 28 U.S.C. § 2254 petition for writ of habeas corpus (**Doc. # 1**) be denied.

Under 28 U.S.C. § 636(b)(1) a habeas petitioner has 14 days after being served a copy of the R&R to file written objections. A copy of the R&R was mailed to Petitioner on September 26, 2012. It is now October 23, 2012, and Petitioner has filed neither objections to the R&R nor a request for an extension to do so.

Failure to file objections by the deadline constitutes a waiver of the right to obtain a de novo review of the R&R in the district court, United States v. Walters, 638 F.2d 947, 949 (6th Cir. 1981), and a waiver of the right to appeal. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985).

The Court has reviewed the Magistrate Judge's R&R and agrees that the petition should be denied. Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (**Doc. # 10**), **DENIES** the petition for writ of habeas corpus (**Doc. # 1**).

    **IT IS SO ORDERED.**

                            */s/ Dan Aaron Polster     October 23, 2012*
                            **Dan Aaron Polster**
                            **United States District Judge**